**Fill in this information to identify the case:**

Debtor 1: Rosemary Marie Flores

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Southern District of Texas

Case number: 20-33394

Official Form 410S1

# Notice of Mortgage Payment Change                           12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust

Court claim no. (if known): 6

Last 4 digits of any number you use to identify the debtor's account: 3 4 5 8

Date of payment change: 07/01/2021
Must be at least 21 days after date of this notice

New total payment: $ 1,192.30
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 427.84          New escrow payment: $ 429.45

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %          New interest rate: _____ %

   Current principal and interest payment: $ _____          New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $ _____          New mortgage payment: $ _____

Official Form 410S1                     Notice of Mortgage Payment Change                     page 1

Debtor 1 __Rosemary Marie Flores__  Case number (if known) __20-03394__
　　　　　First Name　Middle Name　Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X /s/ _[signature]_　　　　　　　　　　Date  6/8/21 (06/01/2021 struck through)
Signature

Print: __Christopher L. Carman__　　　Title __Litigation/Compliance Counsel__
　　　　First Name　Middle Name　Last Name

Company: BSI Financial Services

Address: 1425 Greenway Drive, Suite 400
　　　　　Irving　　TX　75038

Contact phone: 972-347-4350　　Email: ccarman@bsifinancial.com



```
                                              314 S Franklin St / Second Floor
                                                               PO Box 517
                                                           Titusville PA 16354
                                                              800-327-7861
                                                            814-260-4159 Fax
                                                          www.bsifinancial.com
```

```
ROSEMARY FLORES                         YOUR LOAN NUMBER:
RICHARD FLORES
18626 ISLANDBREEZE DR
SPRING              TX 77379
                                        DATE: 05/19/21

        *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - CORRECTION ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING   07/21 THROUGH   06/22.
------- ANTICIPATED PAYMENTS FROM ESCROW -   07/21 THROUGH   06/22 -------
             HOMEOWNERS INS           2757.91
             COUNTY TAX                159.01
             SCHOOL                   1174.08
             UTILITY                   557.27

             TOTAL PAYMENTS FROM ESCROW    4648.27

             MONTHLY PAYMENT TO ESCROW      387.35 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY -   07/21 THROUGH   06/22--------
         -ANTICIPATED PAYMENTS-               -- ESCROW BALANCE COMPARISON --
MONTH  TO ESCROW  FROM ESCROW   DESCRIPTION    ANTICIPATED         REQUIRED
                   ACTUAL STARTING BALANCE       1431.59           1936.82
JUL 21    387.35                                 1818.94           2324.17
AUG 21    387.35                                 2206.29           2711.52
SEP 21    387.35                                 2593.64           3098.87
OCT 21    387.35                                 2980.99           3486.22
NOV 21    387.35                                 3368.34           3873.57
DEC 21    387.35                                 3755.69           4260.92
JAN 22    387.35      159.01    COUNTY TAX
                     1174.08    SCHOOL
                      557.27    UTILITY          2252.68           2757.91
FEB 22    387.35                                 2640.03           3145.26
MAR 22    387.35     2757.91    HOMEOWNERS I ALP  269.47   RLP      774.70
APR 22    387.35                                  656.82           1162.05
MAY 22    387.35                                 1044.17           1549.40
JUN 22    387.35                                 1431.52           1936.75

                              Page 1
```

```
------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------
IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS      -505.23.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS          0.00.

------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
          PRINCIPAL & INTEREST                          762.85 *
          ESCROW (1/12TH OF ANNUAL ANTICIPATED          387.35
              DISBURSEMENTS AS COMPUTED ABOVE)
          PLUS: OPTIONAL INSURANCE PREMIUMS               0.00
          PLUS: REPLACEMENT RESERVE OR FHA SVC CHG        0.00
          PLUS: SHORTAGE PAYMENT                         42.10
          MINUS: SURPLUS CREDIT                           0.00
          ROUNDING ADJUSTMENT                             0.00
          MINUS: BUYDOWN/ASSISTANCE PAYMENTS              0.00

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 07/01/21     1192.30
*    IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL & INTEREST
     PORTION OF YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH
     YOUR LOAN DOCUMENTS.
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      774.70.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS       774.70.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
02/20       470.88       03/20       470.88      04/20         6589.76  *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
01/21    1174.08 SCHOOL                 01/21     557.27 UTILITY
00/00       0.00                        00/00       0.00
```

Licensed as Servis One, Inc. dba BSI Financial Services.

"COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, TEXAS DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE # 201, AUSTIN, TEXAS, 78705, A TOLL FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550"

BSI Financial Services NMLS #: Customer Care Hours: Mon - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET)

You have filed a bankruptcy petition and there is an automatic stay in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.